| | | |
|---|---|---|
| STATE OF INDIANA ) | | SUPERIOR COURT OF LAKE COUNTY |
| ) SS: | | CRIMINAL DIVISION |
| COUNTY OF LAKE ) | | CROWN POINT, INDIANA |

STATE OF INDIANA )
)
V. )
) CAUSE NUMBER. 45
)
GEORGE FIELDS )
DOB: ▆▆ 1971 )

## INFORMATION

**COUNT I**
**[CRIMINAL CONFINEMENT (a Level 4 Felony)]**

Allison Ellis, upon oath, says that on or about November 2, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally confine ▆▆▆▆ without the consent of ▆▆▆▆, said act resulting in moderate bodily injury to ▆▆▆▆, to-wit: redness, swelling, bruising, and/or lacerations, contrary to I.C. 35-42-3-3(a) and I.C. 35-42-3-3(b)(2) and against the peace and dignity of the State of Indiana.

**COUNT II**
**[CRIMINAL CONFINEMENT (a Level 5 Felony)]**

Allison Ellis, upon oath, says that on or about November 2, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally confine ▆▆▆▆ without the consent of ▆▆▆▆ said act resulting in bodily injury to ▆▆▆▆ to-wit: redness, swelling, bruising, and/or lacerations, contrary to I.C. 35-42-3-3(a) and I.C. 35-42-3-3(b)(1)(C) and against the peace and dignity of the State of Indiana.

**COUNT III**
**[CRIMINAL CONFINEMENT (a Level 6 Felony)]**

Allison Ellis, upon oath, says that on or about November 2, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally confine ▆▆▆▆ without the consent of said ▆▆▆▆ contrary to I.C. 35-42-3-3(a) and against the peace and dignity of the State of Indiana.

**COUNT IV**
**[DOMESTIC BATTERY RESULTING IN MODERATE BODILY INJURY (a Level 6 Felony)]**

Allison Ellis, upon oath, says that on or about November 2, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally touch ▆▆▆▆ a family or household member, in a rude insolent or angry manner by grabbing and/or shoving her, resulting in moderate bodily injury, to wit: redness, swelling, bruising, and/or lacerations contrary to I.C. 35-42-2-1.3(a)(1) and I.C. 35-42-2-1.3(b)(3) and against the peace and dignity of the State of Indiana.

**COUNT V**
**[DOMESTIC BATTERY RESULTING IN MODERATE BODILY INJURY (a Level 6 Felony)]**

Allison Ellis, upon oath, says that on or about May 24, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally touch ▆▆▆▆, a family or household member in a rude insolent or angry manner by hitting and/or pulling her, resulting in moderate bodily injury, to wit: knots and/or lumps to her head, contrary to I.C. 35-42-2-1.3(a)(1) and I.C. 35-42-2-1.3(b)(3) and against the peace and dignity of the State of Indiana.

**COUNT VI**
**[DOMESTIC BATTERY RESULTING IN MODERATE BODILY INJURY (a Level 6 Felony)]**

Allison Ellis, upon oath, says that on or about November 10, 2018, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally touch ▆▆▆▆ a family or household member in a rude insolent or angry manner by hitting, kicking, and/or pushing her, resulting in moderate bodily injury, to wit: bruising, contrary to I.C. 35-42-2-1.3(a)(1) and I.C. 35-42-2-1.3(b)(3) and against the peace and dignity of the State of Indiana.

**Exhibit A**

### COUNT VII
**[CRIMINAL CONFINEMENT (a Level 6 Felony)]**

Allison Ellis, upon oath, says that on or about November 10, 2018, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally confine ▮ without the consent of said ▮ contrary to I.C. 35-42-3-3(a) and against the peace and dignity of the State of Indiana.

### COUNT VIII
**[DOMESTIC BATTERY (a Class A Misdemeanor)]**

Allison Ellis, upon oath, says that on or about November 2, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally touch ▮, a family or household member in a rude insolent or angry manner by poking her, contrary to I.C. 35-42-2-1.3(a)(1) and against the peace and dignity of the State of Indiana.

### COUNT IX
**[DOMESTIC BATTERY (a Class A Misdemeanor)]**

Allison Ellis, upon oath, says that on or about May 24, 2019, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally touch ▮, a family or household member, in a rude insolent or angry manner by hitting and/or pulling her, contrary to I.C. 35-42-2-1.3(a)(1) and against the peace and dignity of the State of Indiana.

### COUNT X
**[DOMESTIC BATTERY (a Class A Misdemeanor)]**

Allison Ellis, upon oath, says that on or about November 10, 2018, in the County of Lake, State of Indiana, George Fields did knowingly or intentionally touch ▮ a family or household member, in a rude insolent or angry manner by hitting, kicking, and/or pushing her contrary to I.C. 35-42-2-1.3(a)(1) and against the peace and dignity of the State of Indiana.

I swear, under the penalty for perjury as specified by I.C. 35-44.1-2-1, that the foregoing is true to the best of my information and belief.

_____
ALLISON ELLIS
AFFIANT

Subscribed and sworn to before me and approved for prosecution on November 15, 2019.

_____
NADIA WARDRIP
DEPUTY PROSECUTING ATTORNEY

BERNARD A. CARTER
PROSECUTING ATTORNEY

WITNESSES: ▮ N. BERZAC, D. BLOCH, L. CUTTINO, A. ELLIS, I. FULTZ, J. GARZA, K. HORVATH, C. JONES, E. MEYER, J. MISKUS, M. TRKULJA, A. STAAL, KEEPER OF RECORDS METHODIST HOSPITAL, B. NALLENWEG, P. YANEZ